**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**James Sunshine BARRETO,
Defendant–Appellant.**

**No. 09–15070
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 26, 2010.

William Edward Folsom, Law Office of William E. Folsom, PA, Jacksonville, FL, for Defendant–Appellant.

Patricia D. Barksdale, Jacksonville, FL, for Plaintiff–Appellee.

Before BARKETT, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

William E. Folsom, appointed counsel for James Sunshine Barreto, in this direct criminal appeal, has moved to withdraw from further representation of the appel-

lant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Barreto's conviction and sentence are **AFFIRMED.**